UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| Mr. and Mrs. Doe,<br>by and for their minor child<br>Jane Doe,<br><br>    Plaintiffs<br><br>    v.<br><br>Trumbull Board of Education,<br><br>    Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   3:19-cv-979<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

COMPLAINT

The Parties

1. At all times relevant to this complaint Jane Doe ('Jane'), a minor, was enrolled at Trumbull High School (the 'school'). Plaintiffs, her parents, reside with her in Trumbull.

2. Defendant Board of Education is a body corporate of the Town of Trumbull, Connecticut, with its principal address at 6254 Main Street, Trumbull, Connecticut. It operates and controls the school as mandated by Connecticut General Statutes §§ 10-240 *et seq*. As a local educational agency it receives federal funds from the United States Department of Education.

Jurisdiction and Venue

3. The jurisdiction of this court is invoked pursuant to Title IX of the Education

Amendments Act of 1972 ('Title IX'), §§ 1681 – 1688. Venue is proper in the District of Connecticut under 28 U.S.C. § 1391(b), as the claim alleged herein arose in this district.

## Nature of the Case

4. Defendant knowingly failed and refused to protect Jane from discrimination stemming from student-on-student sexual harassment, thus depriving her of access to educational opportunities and benefits, in violation of Title IX.

## Cause of Action

5. Just after Thanksgiving 2017, while she was in Grade Nine at the school, Jane told her mother that a male classmate had sexually harassed her. Mrs. Doe relayed this information to one of the school's house principals, Todd Manuel ('Manuel'). Manuel told her the school's officials were already "keeping an eye" on the classmate.

6. On October 17, 2018, Jane, now in Grade Ten, told her mother the full story of the classmate's harassment. Jane said that the previous November he had picked her up near the school in his car, taken her to his house and raped her.

7. At the time she said this to her mother, Jane and the perpetrator were in the same Geometry class at school.

8. On Tuesday, October 23, 2018, before the start of classes, Mrs. Doe met at school in the Principal's Office with the principal, Marc Guarino ('Guarino'), the school's dean of students, Anthony Pijar ('Pijar') and one of the school's social workers, Jennifer Penna ('Penna').

9. Mrs. Doe told the three officials the full story of the assault.

10. She asked them to keep the assailant away from her daughter.

11. Pijar said the administration would keep Jane safe. He said they would take every possible precaution to keep her assailant away. He said in particular that they would take him out of her math class.

12. The principal said he would call back by the end of the day with a plan. Mrs. Doe never heard from him again.

13. That same day in school Penna had Jane come to her office. Jane confirmed the details

her mother had presented in the meeting that morning. She also told Penna that a few weeks earlier the perpetrator had slapped her during class.

14. After classes that day Penna emailed Mrs. Doe that the school had a legal obligation to report the rape to the police.

15. Penna added that at that morning's meeting the group had discussed moving Jane to a different math class and that Mrs. Doe had said she would speak to Jane about it.

16. The next morning, Wednesday, October 24, Jane and her mother met at school with Penna, Pijar and the school resource officer, Trumbull Police Department officer Scott Duva ('Duva'). Jane repeated the details of the assaults for Duva.

17. The three officials proposed different places Jane could take Geometry.

18. After the meeting Mrs. Doe took Jane home, called Duva and told him the family wished to press charges. Duva cautioned Mrs. Doe that moving the perpetrator out of Jane's math class could tip him off and hinder any investigation.

19. On Thursday, October 25, Jane went to Geometry class and found her assailant there. She called her mother.

20. When Mrs. Doe called Penna with this news, Penna said the school's officials did not recommend moving the perpetrator out of Jane's math class. Mrs. Doe asked Penna how then the school could keep her daughter safe. Penna told her the school could keep the two students in the same class but move their desks farther apart, but the best way to protect Jane was to move her out of the class entirely. Mrs. Doe agreed to having Jane do Geometry alone in an office in Guidance.

21. At about that time Penna and Pijar told Mrs. Doe that the perpetrator "had rights."

22. On Friday, October 27, Pijar advised the assailant to stay away from Jane.

23. Beginning Monday, October 29, Jane saw the perpetrator every day for a week in hallways of the school. He went out of his way to make sure that Jane saw him in the cafeteria during her lunch period, which he did not share.

24. Jane and Mrs. Doe reported to Penna and Pijar how the assailant had made sure Jane saw him.

25. At that time Mrs. Doe reported to Penna and Pijar that other students had said to Jane, "Why you gotta rat on my boy?", "If he gets in trouble, you're dead", "I'll kill you" and "dead meat."

26. Mrs. Doe encouraged Jane to report harassment, but Jane said she was afraid of retaliation, both by the assailant and by his friends.

27. On Wednesday, October 31, Mrs. Doe emailed Penna that when Jane was in a hallway that morning the perpetrator loudly said, "What is [Jane] doing talking to Stephany?"

28. During lunch that day the assailant approached Jane and asked her why she was talking to Stephany. Jane answered that it was none of his business. He said, "I need to know."

29. Mrs. Doe told Penna she had heard nothing from the school about the slap.

30. On Thursday, November 1, Penna sent Mrs. Doe a draft of a "Student Support Plan" (the 'Plan')[Exhibit A]. Jane signed the Plan and returned it to Penna the following Monday.

31. Sometime later that month Pijar told Mrs. Doe that he had imposed consequences on the assailant for slapping Jane.

32. On Friday, November 2 Jane took part in a forensic interview with a clinical psychologist and a detective from the Trumbull police.

33. Later that day Jane began homebound tutoring in Geometry, meeting with a tutor at the public library.

34. On Wednesday, November 7, Jane told Penna she was afraid of what more her assailant and his friends would do to her in school.

35. That day Penna called Mrs. Doe to tell her that other students had reported seeing comments on Snapchat by Jane about hurting herself. Penna said she confronted Jane with this, but Jane denied it. Penna added that in her judgment, Jane was not in danger of harming herself.

36. Later that day student C.W. cornered Jane in the bathroom. C.W. told Jane that if she continued to encourage student L. to talk to the police about the perpetrator "you will see what happens to you." That evening Mrs. Doe told Penna about the incident.

37. On information and belief, Defendant took no steps against C.W.

38. From now until Christmas break Jane continued to tell Penna and Pijar that the assailant went out of his way to make sure Jane saw him in the hallways and at lunch and that his friends gave her looks and made comments.

39. On information and belief, Defendant's only response to this information was to have Penna and Pijar tell Mrs. Doe that Jane must stick to the plan.

40. More than once Penna told Jane that the problem of the perpetrator's continuing harassment was out of the school's hands and that she would have to call the police.

41. When Mrs. Doe asked the police why their investigation had made so little progress, they answered that an investigation "takes time." They advised her that to protect her daughter she should "call the school" or take her out of classes.

42. Jane could not bring herself to attend school three days in November, two days in December and one day in January.

43. On January 8, 2019 Mrs. Doe withdrew Jane from school.

44. Title IX provides that "[n]o person in the United States shall, on the basis of sex, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any program or activity receiving Federal financial assistance."

45. Under the operations of the Defendant, Jane suffered sexual harassment so severe, pervasive and objectively offensive that it deprived her of access to the educational opportunities and benefits provided by Defendant.

46. Jane's sex was the factor that motivated the behavior of other students and Defendant's officials. Other factors may have motivated them as well, but her sex was the significant and substantial one.

47. Jane was the object of repeated verbal harassment that went beyond simple teasing and name-calling. Any reasonable person in the same position would have found it as severely hostile and abusive as she did. These were not isolated incidents of harassment; Jane reasonably believed she would suffer from them as long as she attended the school.

48. Defendant's administrators had actual and adequate knowledge of Jane's harassment.

49. The deliberate indifference of Defendant's administrators caused Jane to undergo harassment and made her vulnerable to it.

50. Defendant's officials failed to take reasonably adequate measures against the perpetrators of Jane's harassment. They exercised substantial control over both the harassers and the context in which the known harassment occurred. They could have taken reasonable and effective action, yet chose not to.

51. Defendant's officials failed to follow Defendant's own policy on sexual harassment.

52. Defendant took no steps towards the assailant other than to move Jane out of her own math class.

53. Once the Plan's ineffectiveness became clear, Defendant's officials took no steps to change it.

54. Knowing of retaliation by the perpetrator and his friends, Defendant's officials did nothing to mitigate its effect on Jane's safety and well-being.

55. Defendant's officials failed to inform Jane of her rights under Title IX, never asked her if she wanted to file a complaint under Title IX, never asked her if she wanted confidentiality, never reported Jane's matter to its Title IX Coordinator, never took effective interim measures to assure Jane's safety and never investigated independently what had occurred between Jane and her assailant.

56. As a result of the foregoing, Jane suffered mental pain and anguish, and her parents have had to pay for private schooling for their child.

57. Plaintiffs have begun no other lawsuits in federal or state courts addressing the same facts as those of this action.

WHEREFORE, Plaintiffs pray for judgment against Defendant for money damages, fees, costs and such other relief as the Court deems just and proper.

## Jury Demand

Plaintiffs elect jury trial.

BY THEIR ATTORNEY,
RESPECTFULLY SUBMITTED

Dated June 21, 2019

Gregory Smith
ct29257
19 Highview Avenue
Norwalk, CT 06851
law@gnsmith.com
(413) 822-3040

# EXHIBIT A

## Trumbull High School
### Student Support Plan
### Fall 2018

---

*This contract is meant to serve as a guide in order to provide support and further protection to ▇▇▇▇ ▇▇▇▇. During this process, if the school receives legal directives, the school team will review and update this plan as needed.*

**Support/ Protection Plan:**
Please allow ▇▇▇▇ to have access to support staff upon her request. Staff should be accessed in the following order:
- Ms. Penna
- Mrs. Codd
- Mr. Pijar
- Mr. Manuel
    - ▇▇▇▇ also has access to speak to Mrs. Foster, Mr. Demas, Mr. Mecca, Mrs. Hilser and the C House counseling staff should the above supports not be available.

- School team to debrief with Security regarding the safety concerns.
- Security to notify Administration *immediately* if ▇▇▇▇ and the student of concern are seen together.
- ▇▇▇▇ agrees to notify Ms. Penna or Mr. Pijar *immediately* if the other student tries to contact her in anyway (i.e. in person, via technology, or via another peer).
    - ▇▇▇▇ agrees not to respond to student and instead will walk away to a secure area (i.e. with any staff member, security guard, classroom etc.), and request help with locating Ms. Penna or Mr. Pijar.
- ▇▇▇▇ will be expected to attend all classes as scheduled.
    - If not in class, ▇▇▇▇ will be in an approved area with a staff member who will mark her attendance in Infinite Campus.
- Teachers to be aware of ▇▇▇▇'s attendance and to please record attendance in IC promptly if possible.
- If ▇▇▇▇ does not come to class teachers will e-mail Ms. Penna and Mr. Pijar to notify them *immediately.*
- If ▇▇▇▇ goes to the bathroom for an extended period of time (more than 7 minutes), please:
    1. Call Ms. Penna at **extension 4564**
        - if nobody answers that line, follow step 2
    2. Call Mr. Pijar at **extension 4568**
        - if nobody answers that line, follow step 3
    3. Call the C House Office at **extension 4518 or 4519**
        - if nobody answers that line, follow step 4
    4. Call the security desk at **extension 4254**

*It is expected that all appropriate parties (i.e. student and staff) will follow the above outlined procedures to provide support and further protection during the school day.*

_____  _____
Student Signature                                         THS Staff Signature