UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANE DOE, ET AL ) | 3:19-CV-979-KAD |
| ) | |
| V. ) | |
| ) | |
| ) | |
| TRUMBULL ) | |
| BOARD OF EDUCATION ) | SEPTEMBER 15, 2020 |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the Plaintiffs and the Defendant, Trumbull Board of Education, by their duly authorized representatives, hereby stipulate and agree that all claims in Case No. 3:19 cv 979 (KAD) against the Defendant, shall be dismissed with prejudice and without costs or attorneys' fees.

| THE PLAINTIFFS | THE DEFENDANT, |
| | TRUMBULL BOARD OF EDUCATION |
| | |
| /s/ Gregory Smith | /s/ Richard J. Buturla |
| Gregory Smith (ct29257) | Richard J. Buturla (ct05967) |
| 19 Highview Avenue | Berchem Moses, P. C. |
| Norwalk, CT 06851 | 75 Broad Street |
| law@gnsmith.com | Milford, CT 06460 |
| (413) 822-3040 | (203) 783-1200 |

## CERTIFICATION

I hereby certify that on September 15, 2020 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

                                                     /s/ Richard J. Buturla
                                                     Richard J. Buturla